**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JAMES MENIGHAN and | ) | Case No. 20-06684 |
| SUZANN MENIGHAN, | ) | |
| | ) | Hon. Timothy A. Barnes |
| | ) | |
| Debtors. | ) | Hearing Date: July 13, 2020 |
| | ) | Hearing Time: 1:00 p.m. |

**NOTICE OF TRUSTEE'S MOTION TO EXTEND TIME**
**FOR FILING OBJECTION TO DISCHARGE PURSUANT TO 11 U.S.C. § 727**

PLEASE TAKE NOTICE that on July 13, 2020, at 1:00 p.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Timothy Barnes, or before any other judge who may be sitting in his place and stead, and present the attached **Motion to Extend Time for Filing Objection to Discharge Pursuant to 11 U.S.C. § 727**, a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.**

| | |
|---|---|
| Dated: June 30, 2020 | RONALD R. PETERSON, not individually but as Chapter 7 Trustee for the bankruptcy estates of James and Suzann Menighan |
| | |
| | By: *Ronald R. Peterson* |

Ronald R. Peterson (2188473)
JENNER & BLOCK, LLP
353 North Clark St.
Chicago, Illinois 60654
Telephone: (312) 222-9350
Email: rpeterson@jenner.com

**CERTIFICATE OF SERVICE**

I, Ronald R. Peterson, an attorney, certify that on June 30, 2020, I caused a copy of the foregoing **Notice of Motion** and **Trustee's Motion to Extend Time for Filing Objection to Discharge Pursuant to 11 U.S.C. § 727** to be served upon each of the parties (a) who are currently on the Court's Electronic Mail Service List via the Court's CM/ECF System and (b) listed on the attached Service List via first class mail.


*/s/  Ronald R. Peterson*

# **SERVICE LIST**
## **(20—06684)**

**VIA ECF NOTIFICATION**:

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.axosfs.com;docketing@jenner.com
- Jeffrey Snell    jeffrey.snell@usdoj.gov
- Gregory K Stern    greg@gregstern.com, steve_horvath@ilnb.uscourts.gov
- Timothy R Yueill    timothyy@nevellaw.com

**VIA U.S. MAIL**:

AT&T Universal Card
P.O. Box 6500
Sioux Falls, SD 57117-6500

American Express
PO Box 981535
El Paso, TX 79998-1535

BMO Harris Bank
111 West Monroe Street
Chicago, IL 60603-4095

Bank United NA
PO Box 028569
Miami, FL 33102-8529

Bank Of America
PO Box 982238
EL PASO, TX 79998-2238

Blitt & Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090-6017

Capital One Bank
P.O. Box 30285
Salt Lake City, UT 84130-0285

Chase Auto Finance
PO Box 9001081
Louisville, KY 40290-1081

Chuhak & Tecson, PC
30 South Wacker Drive, Suite 2600
Chicago, IL 60606-7512

Citi Cards
P.O. Box 6004
Sioux Falls, SD 57117-6004

Cook County Clerk
Real Estate & Tax Service Department
118 North Clark Street, Room 434
Chicago, IL 60602-1413

FBCS, Inc.
330 South Warminster Road, Suite 353
Hatboro, PA 19040-3433

Icon Equities
23332 Mill Creek Drive, Suite 125
Laguna Hills, CA 92653-7911

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JH Portfolio Debt Equities, LLC
5757 Phantom Drive, Suite 225
Hazelwood, MO 63042-2429

Larry J. Wolfe, Ltd.
5215 Old Orchard Road, Suite 550
Skokie, IL 60077-1043

Zwicker & Associates, PC
7366 North Loncoln Avenue, Suite 102
Lincolnwood, IL 60712-1738

James P. Menighan
332 Magnolia Street
Davidson, NC 28036-6910

Suzann M. Menighan
322 Magnolia Street
Davidson, NC 28036

Kathleen Menighan-Wilson
727 Windsor
Glenview, IL 60025-4454

PNC Bank NA
PO Box 5570
Cleveland, OH 44101-0570

Gregory K Stern
Gregory K. Stern, P.C.
53 West Jackson Blvd., Suite 1442
Chicago, IL 60604-3536

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604-2027

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JAMES MENIGHAN and | ) | Case No. 20-06684 |
| SUZANN MENIGHAN, | ) | |
| | ) | Hon. Timothy A. Barnes |
| | ) | |
| Debtors. | ) | Hearing Date: July 13, 2020 |
| | ) | Hearing Time: 1:00 p.m. |

### TRUSTEE'S MOTION TO EXTEND TIME
### FOR FILING OBJECTION TO DISCHARGE PURSUANT TO 11 U.S.C. § 727

Ronald R. Peterson, not individually but as Chapter 7 Trustee (the "Trustee") for James Menighan and Suzann Menighan (the "Debtors"), pursuant to Rule 4004(b) of the Federal Rules of Bankruptcy Procedure, requests that the Court enter an order extending the last date for the Trustee to file an objection to the discharge of the Debtors for 60 days, from July 10, 2020 through and including September 8, 2020, and states:

### JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1331. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicate for the relief requested in this Motion is Federal Rule of Bankruptcy Procedure 4004(b).

### BACKGROUND

3. On March 9, 2020, the Debtors filed a voluntary petition for relief under chapter 7 of title 11, United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois, thereby commencing Case No. 20-06684. Subsequently, Ronald R. Peterson was appointed Trustee.

4. On May 11, 2020, the Trustee held the initial instance of the section 341 meeting of creditors. At the section 341 meeting, the Debtors did not provide the Trustee sufficient information or documentation to permit the Trustee to evaluate whether an objection to discharge is warranted.

5. The Trustee continued the section 341 meeting to June 2, 2020, but the Debtors still failed to provide the Trustee sufficient information or documentation to permit the Trustee to evaluate whether an objection to discharge is warranted. The Trustee has now continued the section 341 meeting again to July 7, 2020.

6. Pursuant to Rule 4004 of the Federal Rules of Bankruptcy Procedure, the current deadline for the Trustee to object to the Debtors' discharge is July 10, 2020. The current discharge objection deadline—3 days after the continued 341 meeting—does not provide the Trustee sufficient time to determine, after the continued section 341 meeting, if an objection to discharge is warranted.

7. On June 29, 2020, the Court extended the deadline for the United States Trustee to object to the Debtors' discharge to and including September 8, 2020. (*See* Dkt. 26.)

## RELIEF REQUESTED

8. By this Motion, the Trustee respectfully requests the entry of an order extending the time for the Trustee to object to discharge under section 727 of the Bankruptcy Code for an additional 60 days, to and including September 8, 2020.

## BASIS FOR RELIEF REQUESTED

9. Pursuant to Rule 4004(b), the Court may, on the motion of any party in interest, after notice and a hearing, for cause extend the time to file a complaint objecting to discharge, which motion shall be filed before the time has expired.

10. Cause exists for the requested extension of time because it is in the interests of the estate to preserve the right to file an objection pending the Trustee's completion of his investigation. The Seventh Circuit has recognized that "[w]here debtors fail to maintain books and records from which their financial history and condition can be ascertained, they must be denied a discharge under 11 U.S.C. § 727(a)(3)." *Peterson v. Scott* (*In re Scott)*, 172 F.3d 959, 970 (7th Cir. 1999). To the extent the Debtors are unable to provide sufficient information and documentation regarding their pre-petition assets, liabilities, and financial affairs, an objection to the Debtors' discharge will be warranted. *See id.* Thus, cause exists for an extension of time for the Trustee to bring such an objection while he waits for the Debtors to provide the information requested.

11. This motion is being filed prior to the expiration of the current deadline for the Trustee to object to the Debtors' discharge.

12. The requested extension is without prejudice to the Trustee's right to seek a further extension or the Debtors' right to object thereto.

13. Notice of this Motion has been served on all parties of record entitled to notice in the case.

WHEREFORE, the Trustee requests the entry of an order extending the last date for the Trustee to object to the Debtors' discharge to and including September 8, 2020 and such other and further relief as may be appropriate.

Dated: June 30, 2020                    Respectfully submitted,

                                                  RONALD R. PETERSON, not individually but as Chapter 7 Trustee for the bankruptcy estates of James and Suzann Menighan

                                                  By: *Ronald R. Peterson*

Ronald R. Peterson (2188473)
JENNER & BLOCK LLP
353 North Clark St.
Chicago, Illinois 60654
Telephone: (312) 222-9350
Email: rpeterson@jenner.com

4