UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 20-06684 |
| James P. Menighan and Suzann M. Menighan | ) ) ) | Chapter: 7 |
| | ) ) | Honorable Timothy A. Barnes |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

**Order Sustaining Objection and Denying Exemption**

This matter coming before the Court on the objection of Ronald R. Peterson, not individually but as the chapter 7 trustee (the "Trustee") of the bankruptcy estate (the "Estate") of James P. Menighan ("James") and Suzann M. Menighan ("Suzanne", and, together with James, the "Debtors"), objecting to James' alleged homestead exemption in real property commonly known as 1011 Glenview Road, in Glenview, Illinois (the "Glenview Property"); due notice having been given:

IT IS HEREBY ORDERED THAT:

1) The Trustee's objection is sustained as provided herein; and
2) James' claim of exemption under 735 ILCS 5/12-901 in the amount of $15,000 in the Glenview Property is denied.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: 10.26.2020

**Prepared by:**

William J. Factor (6205675)
Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: aholtschlag@wfactorlaw.com